STEPHEN C. KENNEY (SBN 53883)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA 94111
Telephone:   (415) 397-3100
Facsimile:   (415) 397-3170
Email: skenney@kennmark.com
       kspeer@kennmark.com

Attorneys for Defendant
NORTHWEST AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., et al.,<br><br>Defendant. | CASE NO. **C 07-04045 JCS**<br><br>**NOTICE OF RELATED CASES**<br><br>---<br><br>Removal Date: 08/07/07 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to Northern District Local Rule 3-12(b), this action is related to Case No. C 07-04036 EMC, United States District Court, Northern District of California.

### RELEVANT FACTS

Plaintiff filed two identical personal injury complaints, one in Alameda County and one in San Francisco County. Defendant Northwest Airlines, Inc. ("Northwest") removed the San Francisco case to this Court on August 7, 2007, and it was assigned Case No. C 07-04045 JCS. Northwest removed the Alameda County case to this Court on August 6, 2007 and it was assigned Case No. C 07-04036 EMC.

Plaintiff's two actions arise from the same August 9, 2005 incident. Plaintiff alleges that she was injured during a change of planes at Minneapolis-St. Paul when Northwest failed to supply a wheelchair as plaintiff had requested, and she fell at the end of a moving walkway while trying to make the transfer on her own. Plaintiff alleges injuries to her hip, wrist and back, and claims at least $145,000 in damages. The parties to both cases are identical: Plaintiff Barbara Johnson and Northwest.

### GROUNDS FOR NOTICE OF RELATED CASE

Both cases arise from the same incident, allege the same damages, and involve the same parties and no others.

DATED: August __, 2007

**KENNEY & MARKOWITZ L.L.P**

By: _____
STEPHEN C. KENNEY
KYMBERLY E. SPEER
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

*Barbara Johnson v. Northwest Airlines, Inc., et al.*
United States District Court Case No. **C 07-04045 JCS**

## PROOF OF SERVICE

[C.C.P. §2008, F.R.C.P. Rule 5]

I, the undersigned, state:

My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

### NOTICE OF SERVICE OF RELATED CASES

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael Cohen, Esq.<br>ATTORNEY AT LAW<br>1126 ½ Delaware<br>Berkeley, CA 94702<br>Fax: 510-525-9615<br>Email: mikecohen@sprintmail.com | |

[X] **BY FIRST CLASS MAIL** – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ] **BY PERSONAL SERVICE** – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ] **BY OVERNIGHT MAIL** – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ] **BY FACSIMILE** – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: August 8, 2007

Lynne Amerson

Kenney & Markowitz L.L.P.