1  Michael Cohen - #98066
   Attorney at Law
2  Grove Law Building
   345 Grove Street
3  San Francisco, CA 94102
   415/861-4414
4  Fax: 415/431-4526

5  Attorney for Plaintiff

6

7

8     UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

9  Barbara Johnson,              No. C 07-04045-JCS

10     Plaintiff,                 DEMAND FOR JURY TRIAL

11  vs.

12  Northwest Airlines, and
    DOES 1-100,
13
       Defendants.
14  _____/

15     PLEASE TAKE NOTICE that Plaintiff hereby demandsa trial by jury in this matter.

16  That is, pursuant to Federal Rules of Civil Procedure ("FRCP"), Rule 38, Plaintiff demands a

17  trial by jury as is their guaranteed right. Pursuant to FRCP, Rule 39, Plaintiff requests that the

18  matter be designated as a jury action upon the Court's docket.

19  DATED: August 12, 2007

20

21

22                                              MICHAEL COHEN

23

24

25

26                                   1

PROOF OF SERVICE

I am employed at 11126½ Delaware, Berkeley, California. I am over the age of eighteen years and not a party to the within cause. On August 12, 2007, I served the attached DEMAND FOR JURY TRIAL on the persons listed below by:

Kym Speer
KENNEY & MARKOWITZ
255 California Street, Suite 1300
San Francisco, CA 94111
Fax:415/397-3170
**kspeer@kennmark.com**
**skenney@kennmark.com**

    (XXXX)    **BY MAIL**    I placed a sealed envelope, addressed to the above addressees, with postage thereon fully prepaid for first-class mail, for collection and mailing at Berkeley, California, following ordinary business practices. The practice of the Law Office of Michael Cohen for processing of correspondence is that, in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for processing.

    (   )    **BY PERSONAL SERVICE**    I caused each such attorney/party to be served by hand on the above-named attorneys.

    (   )    **BY FACSIMILE**    I caused the said document to be transmitted by facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 12, 2007, at Berkeley, California.