```
STEPHEN C. KENNEY (SBN 53883)
KYMBERLY E. SPEER (SBN 121703)
KENNEY & MARKOWITZ L.L.P.
255 California Street, Suite 1300
San Francisco, CA  94111
Telephone:    (415) 397-3100
Facsimile:    (415) 397-3170
Email: skenney@kennmark.com
       kspeer@kennmark.com

Attorneys for Defendant
NORTHWEST AIRLINES, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARBARA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHWEST AIRLINES, INC., et al.,<br><br>    Defendant. | CASE NO.  C 07-04036 VRW<br>                    C 07-04044 VRW<br>                    C 07-04045 VRW<br><br>**REQUEST FOR JUDICIAL NOTICE SUPPORTING MOTIONS AND MOTIONS TO DISMISS**<br><br>Date:          September 28, 2007<br>Time:         2:00 p.m.<br>Courtroom:  6, 17th Floor<br>Honorable Judge Vaughn R. Walker |

Defendant Northwest Airlines, Inc. ("Northwest"), by and through its attorneys of record, hereby requests the Court to take judicial notice of the following true and correct copies of documents filed in the case *In re: Northwest Airlines Corporation, et al.*, Case No. 05-17930 (ALG), United States Bankruptcy Court, Southern District of New York, pursuant to Rule 201 of the Federal Rules of Evidence.

1. September 14, 2005 voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York, Case No. 05-17930 (ALG).

2. May 19, 2006, Order Fixing Bar Date for Filing Proofs of Claim, Approving Proposed Proof of Claim Form, Approving Proposed Bar Date Notice and Approving Proposed Notice and Publication Procedures (as amended by order dated May 22, 2006).

3. May 22, 2006 Notice of Bar Date Requiring Filing of Proofs of Claim.

4. Affidavits of Publication with Respect to the Amended Order Fixing Bar Date for Filing Proofs of Claim [Etc.].

5. Ex Parte Order (I) Scheduling Hearing to Consider Approval of Disclosure Statement [Etc.]

6. Disclosure Statement with Respect to Debtors' First Amended Joint and Consolidated Plan of Reorganization [Etc.]

7. Findings of Fact, Conclusions of Law, and Order Under 11 U.S.C. § 1129(a) [Etc.]

8. Notice of (I) Entry of Order Confirming Debtors' First Amended Joint and Consolidated Plan of Reorganization [Etc.]

DATED: August 21, 2007

KENNEY & MARKOWITZ L.L.P

By: _____
STEPHEN C. KENNEY
KYMBERLY E. SPEER
Attorneys for Defendant
NORTHWEST AIRLINES, INC.

*Barbara Johnson v. Northwest Airlines, Inc., et al.*
United States District Court Case Nos.   **C 07-04036 VRW**
**C 07-04044 VRW**
**C 07-04045 VRW**

### PROOF OF SERVICE

[C.C.P.§2008, F.R.C.P. Rule 5]

I, the undersigned, state:

My business address is 255 California Street, Suite 1300, San Francisco, California 94111. I am employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing documents described as follows:

**REQUEST FOR JUDICIAL NOTICE SUPPORTING MOTIONS AND MOTIONS TO DISMISS**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Michael Cohen, Esq.<br>ATTORNEY AT LAW<br>1126 ½ Delaware<br>Berkeley, CA  94702<br>Fax:   510-525-9615<br>Email: mikecohen@sprintmail.com | |

[X]   BY FIRST CLASS MAIL – I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

[ ]   BY PERSONAL SERVICE – Following ordinary business practices, I caused to be served, by hand delivery, such envelope(s) by hand this date to the offices of the addressee(s).

[ ]   BY OVERNIGHT MAIL – I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s).

[ ]   BY FACSIMILE – I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date in San Francisco, California.

Dated: August 21, 2007

Lynne Amerson

Kenney & Markowitz L.L.P.