**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 31, 2007

San Francisco Superior Court
400 McAllister Street
San Francisco, CA 94102

RE:  CV 07-04045 VRW    BARBARA JOHNSON-v-NORTHWEST AIRLINES INC.
        Your Case Number: (CGC 07-464962)

Dear Clerk,

      Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gwen Agid
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg